IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MO LEE TAYLOR,

        Plaintiff,

    v.

SCHWAN'S CONSUMER BRANDS, INC.,

        Defendant.

No. 3:21-cv-00922-AR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation on February 14, 2022, in which he recommends that the Court deny Defendant Schwan's Consumer Brands, Inc.'s motion to dismiss or alternatively make more definite and certain or strike ("Motion to Dismiss"). F&R, ECF 15. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error. Judge Acosta accurately and appropriately applied the relevant standards governing Defendant's Motion to Dismiss, and the Court discerns no reason to deviate from his through, well-reasoned analysis.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation, No. 15. Accordingly, Defendant's motion to dismiss or alternatively make more definite and certain or strike, No. 6, is DENIED.

IT IS SO ORDERED.

DATED: ___March 24, 2022_____.


                                          _____
                                          MARCO A. HERNÁNDEZ
                                          United States District Judge

2 – ORDER